Marylynn **PETTEWAY,** as aunt and next friend to Robert Frances Hilderbrand, Jr., Joseph Benjamin Hilderbrand, and Christopher Robin Hilderbrand, minors, Petitioners,

v.

**WARNER LEISURE, INC.,** a Colorado corporation, d/b/a Gadget's Restaurant and Bar; Club Alamo, Inc., a Colorado corporation d/b/a Mr. Von's Alamo; and Drift In, a Colorado corporation d/b/a Drift In, Respondents.

No. 89SC93.

Supreme Court of Colorado.

April 7, 1989.

### MANDATE

IT IS THIS DAY ORDERED that the judgment of the Court of Appeals is vacated, and the cause remanded to the Court of Appeals for reconsideration in light of *Lyons v. Nasby,* 770 P.2d 1250 (Colo.1989).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.